**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HECTOR SARCO TOCTE**,<br><br>*Petitioner*,<br><br>v.<br><br>**JAMISON, J.L., Warden, Federal Detention Center, Philadelphia, et al.**,<br><br>*Respondents*. | **Case No. 2:26-cv-05410-JDW** |

**ORDER**

**AND NOW**, this 4th day of August, upon consideration of Hector Sarco Tocte's Motion To Appoint The Federal Community Defender Officer As Counsel And To Waive Filing Fee (ECF No. 2), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to the Mr. Sarco Tocte's request that the Court waive the $5 filing fee, as Respondents have already responded to Mr. Sarco Tocte's habeas petition, and Mr. Sarco Tocte has not been able to set up an institutional account in order to pay the $5 filing fee to initiate this matter; and

2. The Motion is **DENIED** in all other respects.

In addition, upon review of Respondents' Response In Opposition To Petition For Writ Of Habeas Corpus (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14,

2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **FURTHER ORDERED** as follows:

3. Mr. Sarco Tocte's Verified Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

4. Mr. Sarco Tocte is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

5. Respondents shall **RELEASE** Mr. Sarco Tocte from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on August 5, 2026;

6. Respondents are temporarily enjoined from re-detaining Mr. Sarco Tocte for seven days following his release from custody; and

7. If the Government chooses to pursue re-detention of Mr. Sarco Tocte after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.